864 A.2d 1199

**James WILSON, Claimant c/o Anne Wilson, Wife and Anne Wilson (Widow), Appellant,**

v.

**WORKERS' COMPENSATION APPEAL BOARD (ALLIED SIGNAL, INC. and Travelers Insurance Co.), Appellees.**

Supreme Court of Pennsylvania.

Dec. 22, 2004.

### *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of December, 2004, the above-captioned appeal is hereby quashed.